UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE UNITED STATES OF AMERICA
And THE STATE OF FLORIDA,
*ex rel*, DOUGLAS MALIE,

        Plaintiffs,

v.                              Case No. 3:16-cv-1054-J-34MCR
                                **FILED UNDER SEAL**

FIRST COAST CARDIOVASCULAR
INSTITUTE, P.A.,

        Defendant.
_____/

## ORDER

The United States, having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4) for the purposes of settlement, it is ordered as follows:

1.    With the exception of any applications filed by the United States for an extension of the seal for purposes of investigation and legal memoranda in support thereof, all other filed contents of the Court's file in this matter be unsealed, be made public, and served upon the defendant.

2. The seal be lifted on all other matters occurring in this action after the date of this Order.

DONE and ORDERED in Chambers, in Jacksonville, Florida on _October 11th_, 2017.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copy furnished to:

Shea M. Gibbons, AUSA