UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2016 AUG 18 AM 11:52
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.* DOUGLAS MALIE,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST COAST CARDIOVASCULAR INSTITUTE, P.A., YAZHAN KHATIB, M.D., and VAQAR ALI, M.D.,<br><br>Defendants. | Civil Action No.:<br>3:16 cv 1054-J-34 MCR<br><br><br><br>**FILED UNDER SEAL**<br>**Pursuant to 31 U.S.C. § 3730(b)(2)** |

### RELATOR'S UNOPPOSED MOTION TO SEAL PURSUANT TO 31 U.S.C. §3730(b)

Relator DOUGLAS MALIE, by and through undersigned counsel, moves pursuant to Local Rule 1.09(b) to seal the Relator's Complaint and this motion for a period of 60 days from the filing date of August 17, 2016 for the following reasons:

1. 31 U.S.C. §3730(b)(2) provides that a False Claims Act "complaint shall be filed in camera, shall remain under seal at least 60 days, and shall not be served on the defendant until the court so orders."

2. The statute authorizing the requested sealing is 31 U.S.C. §3730(b)(2).

3. The proposed duration of the seal is 60 days from the filing date of the complaint.

4. The item submitted for sealing, the Relator's complaint, is authorized to be sealed by 31 U.S.C. §3730(b)(2).



## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel has conferred with AUSA Randy Harwell who has advised that the Government does not oppose this motion.

Respectfully Submitted,

Date: August 17, 2016

**Kevin J. Darken**
Florida Bar No. 0090956
kdarken@tampalawfirm.com
THE BARRY A. COHEN LEGAL TEAM
201 East Kennedy Boulevard, Suite 1950
Tampa, Florida 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
*Attorney for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Seal has been furnished by hand delivery to: **Lee Bentley**, United States Attorney, United States Attorney's Office, 400 N. Tampa Street, Ste 3200, Tampa, FL 33602; by Federal Express to: **Loretta E. Lynch**, United States Attorney General, Dept. of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001; and by regular mail to **Pam Bondi**, Florida Attorney General, Office of the Attorney General, The Capitol PL-01, Tallahassee, FL 32399-1050 and **Jeff Atwater**, Chief Financial Officer of the State of Florida, 200 E Gaines Street, Tallahassee, FL 32399 on this 17th day of August 2016.

Kevin J. Darken