# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE UNITED STATES OF AMERICA
And THE STATE OF FLORIDA,
*ex rel*, DOUGLAS MALIE,

        Plaintiffs,

v.                                     Case No. 3:16-cv-1054-J-34MCR
                                          **FILED UNDER SEAL**

FIRST COAST CARDIOVASCULAR
INSTITUTE, P.A., YAZHAN KHATIB, M.D.,
and VAQAR ALI, M.D.,

        Defendants.
_____/

## ORDER

Upon consideration of the United States' Consented *Ex Parte* Application for Partial Lifting of the Seal in this qui tam action,

IT IS HEREBY ORDERED that the United States, at its option and in its discretion, may disclose this action, the allegations in this action, and a copy of the complaint, and any subsequent amended complaints that may be filed, to the named Defendants in this action;

IT IS FURTHER ORDERED that in all other respects, this matter shall remain under seal.

**DONE and ORDERED** in Chambers in Jacksonville, Florida, this \_\_18th\_\_ day of \_\_May\_\_, 2017.

	 		Monte C. Richardson
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

| | |
|---|---|
| Shea Gibbons<br>United States Attorneys' Office<br>300 N. Hogan Street, Suite 700<br>Jacksonville, Florida 32202<br><br>*Counsel for the United States of America* | E. Christopher Lambert<br>Assistant Attorney General<br>1300 Riverplace Blvd, Suite 405<br>Jacksonville, Florida 32207<br><br>*Counsel for the State of Florida* |
| Kevin J. Darken<br>201 E. Kennedy Blvd., Suite 1950<br>Tampa, Florida 33602<br><br>*Co-Counsel for the Relator* | Roland Riggs<br>One Pennsylvania Plaza<br>New York, New York 10119-0165<br><br>*Co-Counsel for the Relator* |