FILED
2017 SEP 27 PM 1:51
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE UNITED STATES OF AMERICA
And THE STATE OF FLORIDA,
*ex rel*, DOUGLAS MALIE,

    Plaintiffs,

v.                                                Case No. 3:16-cv-1054-J-34MCR
                                                 **FILED UNDER SEAL**

FIRST COAST CARDIOVASCULAR
INSTITUTE, P.A.,

    Defendant.
_____/

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its intention to intervene for the purposes of settlement pursuant to 31 U.S.C. § 3730(c), as set forth herein.

1.     Relator filed this *qui tam* Complaint under the False Claims Act, 31 U.S.C. §§ 3729 - 3733, on or about August 10, 2016, and completed service of the same on the United States on September 6, 2016.

2.     The United States has sought several extensions of the investigative period to conduct its investigation and make a determination as to intervening in this matter.

3.     The United States has reached an amicable resolution of this matter with First Coast Cardiovascular Institute. The parties are in the process of preparing

and finalizing the pertinent settlement agreements. The United States contemplates that once the settlement agreements are finalized, the United States and the Relator will file, pursuant to Fed. R. Civ. P. 41(a)(1), a joint stipulation of dismissal of the *qui tam* complaint with prejudice.

With the exception of any applications filed by the United States for an extension of the seal for purposes of investigation and legal memoranda in support thereof, the United States requests that all other filed contents of the Court's file in this matter be unsealed, be made public, and served upon the defendant.

Dated:  September 27, 2017

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

SHEA MATTHEW GIBBONS
Assistant United States Attorney
USA No. 0000172
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6258/6300
Facsimile No. (904) 301-6310
Email:  Shea.Gibbons@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2017, the foregoing United States' Notice of Election to Intervene for Purposes of Settlement was served by United States mail, first class postage prepaid, upon the following counsel of record:

>Roland Riggs
>One Pennsylvania Plaza
>New York, New York 10119-0165
>
>Kevin J. Darken
>201 E. Kennedy Blvd., Suite 1950
>Tampa, Florida 33602
>
>Bruce D. Lamb
>401 East Jackson Street, Suite 2500
>Tampa, FL 33602

By: _____
SHEA MATTHEW GIBBONS
Assistant United States Attorney